AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

DEC 11 2018

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Alex Alan Leura-Nava

## CRIMINAL COMPLAINT

Case Number: M-18-2528-M

IAE   YOB: 1990
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 10, 2018** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Alex Alan Leura-Nava was encountered by Border Patrol Agents near Mission, Texas on December 10, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 10, 2018, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on September 20, 2018 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On November 09, 2010 the defendant was convicted of Burglary of Habitation and was sentenced to ten (10) years probation.

Continued on the attached sheet and made a part of this complaint:   [ ] Yes   [X] No

Approved by Robert Z Rivera
AUSA

Sworn to before me and subscribed in my presence,

December 11, 2018   8:46 a.m.

Signature of Complainant
Renatto Benavides   Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer